[Docket Nos. 197, 203]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil No. 18-003632 (RMB/LDW) <br><br> **ORDER** |

This matter comes before the Court upon Plaintiff's Motion for Summary Judgment [Docket No. 197] and Defendant's Cross-Motion for Summary Judgment [Docket No. 203]. Both Motions are hereby **DENIED**, **WITHOUT PREJUDICE**, until the Court hears expert testimony regarding the label's dosing regimens available when healthcare providers co-administer mifepristone with strong CYP3A inhibitors. The Court further directs the expeditious preparation of the Final Pretrial Order so that this matter may be set down for trial as soon as possible.

February 27, 2023  
Date

s/Renée Marie Bumb  
Renée Marie Bumb  
Chief United States District Judge