UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

CORCEPT THERAPEUTICS, INC., :
: Civil No. 18-3632 (RMB/LDW)
        Plaintiff, :
:
v. : **TRIAL ORDER**
:
TEVA PHARMACEUTICALS USA, INC., :
:
        Defendant. :

**TAKE NOTICE** that the above-captioned action has been set for **TRIAL** before the Honorable Renée Marie Bumb, Chief United States District Judge, on **Wednesday, September 27, 2023, at 9:30 a.m.**, in Courtroom 3D, Mitchell H. Cohen Federal Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey.

Counsel and/or unrepresented parties must be present fully prepared to proceed with the trial of this action.

The above date is **realistic** and should be considered **firm**. Therefore, no requests for adjournment will be considered.

You are further advised that the unavailability of expert witnesses will not be considered as an excuse for an adjournment. If a conflict is anticipated, please take appropriate steps for that witness' testimony to be presented on video-tape.

**Each party shall submit a list of pre-marked exhibits and a witness list, including the name and address (city and state only) of each potential witness, one week prior to trial. All trial**

exhibits must be pre-marked in accordance with each party's exhibit list.

YOU ARE REMINDED THAT ANY CHANGES IN TRIAL COUNSEL AND/OR ADDRESSES MUST BE FILED WITH THE COURT.

Should you have any questions, please contact at my Deputy Clerk Arthur Roney at (856)757-5014.

> s/Renée Marie Bumb
> **RENÉE MARIE BUMB**
> **Chief United States District Judge**

Dated: April 26, 2023