

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 8, 2023

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:**  *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*
> <u>**Civil Action No.: 1:18-cv-3632 (RMB)(LDW)**</u>

Dear Judge Wettre:

This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in connection with the above-referenced matter.  We write on behalf of Teva to respectfully request an adjournment of the in-person settlement conference currently set for June 26, 2023 at 10:00 a.m. (D.E. 246).

On June 1 counsel for Teva and Corcept jointly called Your Honor's chambers and advised that Teva is not available on June 26 for a settlement conference, and the parties were instructed to confer and submit a letter with at least three proposed alternative dates for the settlement conference.  The parties are still conferring in an effort to reach agreement on proposed alternative dates and will be submitting a further letter with proposed alternative dates and soon as possible.  In the interim, given the parties' need for additional time to confer and Teva's unavailability on June 26, Teva respectfully requests that the June 26 scheduled settlement conference be taken off the Court's calendar.

We appreciate the Court's ongoing attention to this matter and consideration of this request.  If this meets with Your Honor's approval, we have included a form of endorsement below.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc. Counsel of Record (via ECF and Email)

IT IS SO ORDERED that the June 26, 2023 in-person settlement conference is adjourned an the parties are to submit a letter with proposed alternative dates for a settlement conference.

_____
Hon. Leda D. Wettre, U.S.M.J.