# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 18-03632 (RMB)(LDW) <br> (consolidated) |

## **DEFENDANT'S NOTICE PURSUANT TO 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282, Defendant hereby provides notice to Plaintiff of (1) the country, number, date, and name of the patentee of any patent and (2) the title, date, and page numbers of any publication Defendant may rely upon to anticipate the asserted patents or show the state of the art. Defendant also provides the name and address of any person who may be relied upon as the prior inventor or as having prior knowledge of or as having previously used or offered for sale the invention of the patent in suit. In addition to the items expressly listed in this notice, Defendant also incorporates by reference each patent or publication listed on the face of U.S. Patent Nos. 10,195,214, 10,500,216, 10,842,800, and 10,842,801 and all information set forth in the invalidity contentions, written discovery responses, and expert reports submitted by Defendant in this matter and the asserted patents' file histories.

The identification of a particular patent or publication is not an admission or representation that reliance upon such patent or publication is necessary to establish any of Defendant's defenses or counterclaims.

I.  Patents and Publications:

## PATENTS

| Country | Number | Issue Date | Name of Patentee |
|---|---|---|---|
| USA | 10,195,214 | 02/05/2019 | Joseph K. Belanoff |
| USA | 10,500,216 | 12/10/2019 | Joe Belanoff; Robert Roe; Caroline Loewy |
| USA | 10,842,800 | 11/24/2020 | Joseph K. Belanoff |
| USA | 10,842,801 | 11/24/2020 | Joe Belanoff; Robert Roe; Caroline Loewy |
| USA | File History of U.S. Patent No. 10,500,216 | 03/12/2020 | |

# PUBLICATIONS

| Title | Publication Date | Page Nos. |
|---|---|---|
| Aanderud, S. and Myking, O., "Plasma Cortisol Concentrations after Oral Substitution of Cortisone in the Fasting and Non-Fasting State," *Acta Med Scand.*, 210(3):157–61 (1981) | 1981 | 157–161 |
| Bagchus, W. et al., "Important Effect of Food on the Bioavailability of Oral Testosterone Undecanoate," *Pharmacotherapy*, 23(3):319–25 (2003) | 03/2003 | 319–325 |
| Belanoff, J. et al., "An Open Label Trial of C-1073 (Mifepristone) for Psychotic Major Depression*," *Biol Psychiatry*, 52(5):386–92 (2002) | 04/17/2002 | 386–392 |
| Berthois, Y. et al., "A multiparametric analysis of endometrial estrogen and progesterone receptors after the postovulatory administration of mifepristone*†," *Fertility and Sterility*, 55(3):547–54 (1991) | 03/1991 | 547–554 |
| Brogden, R. et al., "Mifepristone, A Review of its Pharmacodynamic and Pharmacokinetic Properties, and Therapeutic Potential," *Drugs*, 45(3):384–409 (1993) | 03/1993 | 384–409 |
| Castinetti, F. et al., "Merits and pitfalls of mifepristone in Cushing's syndrome," *Eur J Endocrinol.*, 160(6):1003–10 (2009) | 06/2009 | 1003–1010 |
| Castinetti, F. et al., "Medical Treatment of Cushing's Syndrome: Glucocorticoid Receptor Antagonists and Mifepristone," *Neuroendocrinology*, 92(suppl 1):125–30 (2010) | 09/10/2010 | 125–130 |
| Chu, J. et al., "Successful Long-Term Treatment of Refractory Cushing's Disease with High-Dose Mifepristone (RU486)," *J Clin Endocrinol Metab.*, 86(8):3568–73 (2001) | 08/2001 | 3568–3573 |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Davis, J. et al., "Guidelines for Counselling Patients Receiving Drugs Used in the Treatment of Neoplastic Disease: a Pharmacist's Guide to Advisory Labels and Patient Information," *Austl J Hosp Pharm.*, 31(1):51–5 (2001) | 2001 | 51–55 |
| de Lignières, B., "Oral Micronized Progesterone," *Clin Ther.*, 21(1):41–60 (1999) | 01/1999 | 41–60 |
| Food & Drug Administration, Guidance for Industry, Food-Effect Bioavailability and Fed Bioequivalence Studies (2002) | 12/2002 | |
| Form 10-K, Corcept Therapeutics Incorporated (03/26/2010) | 03/26/2010 | |
| Heikinheimo, O., "Clinical Pharmacokinetics of Mifepristone," *Clin Pharmacokinet.*, 33(1):7–17 (1997) | 07/1997 | 7–17 |
| Heikinheimo, O. et al., "The pharmacokinetics of mifepristone in humans reveal insights into differential mechanisms of antiprogestin action," *Contraception*, 68(6):421–26 (2003) | 03/17/2003 | 421–426 |
| Johanssen, S. and Allolio, B., "Mifepristone (RU 486) in Cushing's syndrome," *Eur J Endocrinol.*, 157(5):561–69 (2007) | 11/2007 | 561–569 |
| Lindberg, C., "Emergency Contraception: The Nurse's Role in Providing Postcoital Options," *J Obstet Gynecol Neonatal Nurs.*, 26(2):146–52 (1997) | 04/1997 | 146–152 |
| McLachlan, A. and Ramzan, I., "Meals and medicines," *Australian Prescriber*, 29(2):40–42 (2006) | 04/01/2006 | 40–42 |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Nieman, L. et al., "Successful Treatment of Cushing's Syndrome with the Glucocorticoid Antagonist RU 486*," *J Clin Endocrinol Metab.*, 61(3):536–40 (1985) | 09/1985 | 536–540 |
| Para, M. et al., "Phase I/III Trial of the Anti-HIV Activity of Mifepristone in HIV-Infected Subjects ACTG 5200," *J Acquir Immune Defic Syndr.*, 53(4):491–495 (2010) | 04/01/2010 | 491–495 |
| Porter, C. et al., "Lipids and lipid-based formulations: optimizing the oral delivery of lipophilic drugs," *Nature Reviews Drug Discovery*, 6:231–48 (2007) | 03/2007 | 231–248 |
| Sääv, I. et al., "Medical abortion in lactating women – low levels of mifepristone in breast milk," *Acta Obstet Gynecol Scand.*, 89(5):618–22 (2010) | 05/2010 | 618–622 |
| Sarkar, N., "Mifepristone: bioavailability, pharmacokinetics and use-effectiveness," *Eur J Obstet Gynecol Reprod Biol.*, 101(2):113–20 (2002) | 03/10/2002 | 113–120 |
| Sartor, O. and Cutler, G., "Mifepristone: Treatment of Cushing's Syndrome," *Clin Obstet Gynecol.*, 39(2):506–10 (1996) | 06/1996 | 506–510 |

II. **Persons with Knowledge:**

a. The inventors identified in U.S. Patent Nos. 10,195,214, 10,500,216, 10,824,800, and 10,824,801. The names and addresses of those inventors are provided therein and in the associated file histories.

b. Any one or more of the inventors of the patents identified in Section I above. Those inventors' names and addresses are identified in the respective patents and in the associated file histories.

c. Any one or more of the authors of the publications identified in Section I above. Those authors' names and addresses are identified in the respective publications.

August 11, 2023

*Of Counsel* (admitted *pro hac vice*):
J.C. Rozendaal
Uma N. Everett
William H. Milliken
Anna G. Phillips
Brady P. Gleason
Brooke N. McLain
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600

Respectfully submitted,

*/s/ Liza M. Walsh*
Liza M. Walsh
Christine I. Gannon
Jessica K. Formichella
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*