

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

August 28, 2023

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*
            Civil Action No.: 1:18-cv-3632 (RMB)(LDW)

Dear Judge Wettre:

    This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. in connection with the above-referenced matter. We write on behalf of all parties to respectfully request that the Court grant the parties leave to file a joint omnibus motion to seal covering pre- and post-trial filings, or portions thereof, that are filed under seal.

    The parties respectfully submit that the filing of one omnibus joint motion to seal pre- and post-trial filings is the most efficient means of resolving the interrelated sealing issues and will avoid burdening the Court and the parties with excessive and duplicative sealing motion practice.

    The parties appreciate the Court's consideration of this submission. Should this request be acceptable to Your Honor, the parties respectfully ask that this letter be "So Ordered" and entered on the docket and that the parties' joint omnibus sealing motion, together with the redacted versions of all submissions subject to the sealing motion, be due 45 days after post-trial briefing is complete. As always, we are available should Your Honor or Your Honor's staff have any questions or need anything further.

                                                          Respectfully submitted,

                                                          *s/ Liza M. Walsh*

                                                          Liza M. Walsh

cc:    All Counsel of Record (via ECF and E-mail)

Hon. Leda Dunn Wettre, U.S.M.J.
August 28, 2023
Page 2


SO ORDERED this ____ day of August, 2023

_____
Hon. Leda Dunn Wettre, U.S.M.J.