**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

CORCEPT THERAPEUTICS, INC.,

Plaintiff,

v.

TEVA PHARMACEUTICALS USA, INC.,

Defendant.

Civil Action No. 18-03632
(RMB/LDW) (consolidated)

**ORDER**

**THIS MATTER** comes before the Court upon its Trial Order of April 28, 2023. [Docket No. 240.]   Due to a change in the Court's schedule, the bench trial in this matter will commence a day earlier than planned.   In advance of the trial, the Court will hold a status conference via Microsoft Teams.   Accordingly,

**IT IS** this **30th** day of **August 2023** hereby:

1.      **ORDERED** that the Court's April 28, 2023 Trial Order [Docket No. 240] is **AMENDED**, and the trial of this action shall commence on **Tuesday, September 26, 2023, at 9:30 a.m.** in Courtroom 1 of the United States Post Office and Courthouse, 401 Market Street, 3rd Floor, Camden, New Jersey 08101; and it is further

2.      **ORDERED** that the Court will hold a status conference via Microsoft Teams on **Thursday, September 14, 2023, at 1:00 p.m.** and the Court will send the Teams link to Counsels' e-mail addresses as they appear on the docket; and it is finally

1

3.     **ORDERED** that the Court will not consider motions in limine; all evidentiary matters shall be raised at trial.

<u>**s/Renée Marie Bumb**</u>
Renée Marie Bumb
Chief United States District Judge