UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CORCEPT THERAPEUTICS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**TEVA PHARMACEUTICALS USA, INC.,**<br><br>Defendant. | Civil Action No. 18-03632 (RMB)(LDW) (consolidated)<br><br>(Filed Electronically) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, Corcept Therapeutics, Inc. ("Corcept") brought claims of patent infringement of United States Patent Nos. 8,921,348 ("the '348 patent"), 9,829,495 ("the '495 patent" ), 10,500,216 ("the '216 Patent"), and 10,842,801 ("the '801 Patent") in the above-captioned action;

WHEREAS, on January 15, 2021, Corcept informed Teva Pharmaceuticals USA, Inc. ("Teva") that in order to streamline the issues for trial it was no longer asserting infringement of the '348 patent or the '495 patent;

WHEREAS, on January 15, 2021, Corcept executed a covenant not to sue in the above-captioned action directed to the '348 patent and the '495 patent;

WHEREAS, on August 17, 2023, Corcept informed Teva that in order to streamline the issues for trial it was no longer asserting infringement of the '216 patent or the '801 patent;

WHEREAS, on August 30, 2023 Corcept executed a revised covenant not to sue in the above-captioned action that includes the '216 patent and the '801 patent;

1

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Corcept and Teva that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. Counts I and II of Corcept's First Amended Complaint in this action (D.I. 15) are hereby dismissed without prejudice.

2. Count I of the Complaint filed in Civil Action No. 19-21384 (D.I. 1) is hereby dismissed without prejudice.

3. Count II of the Complaint filed in Civil Action No. 23-1505 (D.I. 1) is hereby dismissed without prejudice.

| So stipulated: | Dated: August 31, 2023 |
|---|---|
| By: s/ William C. Baton | By: s/ Liza M. Walsh |
| Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>Alexander L. Callo<br>SAUL EWING LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, New Jersey 07102-5426<br>(973) 286-6700<br>clizza@saul.com<br>wbaton@saul.com | Liza M. Walsh<br>Christine I. Gannon<br>WALSH PIZZI O'REILLY FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, NJ 07102<br>(973) 757-1100<br>(973) 757-1090<br>lwalsh@walsh.law<br>cgannon@walsh.law |
| *Of Counsel:* | *Of Counsel:* |
| F. Dominic Cerrito<br>Eric C. Stops<br>Daniel C. Wiesner<br>John Galanek<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 | J.C. Rozendaal<br>Michael E. Joffre<br>Uma N. Everett<br>William H. Milliken<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1100 New York Avenue NW, Suite 600<br>Washington, DC 20005<br>(202) 371-2600 |
| *Attorneys for Plaintiff*<br>*Corcept Therapeutics, Inc.* | *Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc.* |

2

SO ORDERED ON THIS 1st DAY OF September, 2023.

_____
Hon. Renee Marie Bumb, U.S.D.J.