

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

September 14, 2023

**VIA ECF**

The Honorable Renée Marie Bumb, U.S.D.J.
Chief Judge, United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   *Corcept Therapeutics, Inc. v. Teva Pharm. USA, Inc.*, No. 18-3632 (consolidated)

Dear Chief Judge Bumb:

    This firm, together with Quinn Emanuel, represents plaintiff Corcept Therapeutics, Inc. ("Corcept") in the above-captioned matter.  We write on behalf of all parties to respectfully request permission to bring into the courtroom and use certain audio-visual and computer equipment for the upcoming trial.  The parties also respectfully request the Court's permission to access the Courthouse and Your Honor's courtroom in order for the parties and their service providers to pick up and remove the aforementioned equipment and materials at the conclusion of trial.

    As an initial matter, the parties respectfully request that the Court's NOMAD system[1] be installed in Your Honor's courtroom for the trial.  Additionally, Corcept and Defendant also request that their vendors (TrialGraphix and DLS Discovery, respectively) be permitted to set up for trial and bring the following equipment into Your Honor's courtroom on September 25, 2023:

From TrialGraphix
- 2 laptops
- 1 switch
- 1 external monitor
- 1 External hard dive
- 1 smartphone/smartwatch
- 1 Small folding table

From DLS Discovery
- 2 laptops
- 1 switch
- 3 external monitors
- 1 External hard dive
- 1 Small folding table
- Up to 6 of each of the following: (1) Power strips; (2) extension cables; and (3) HDMI cables

---

[1] https://www.njd.uscourts.gov/courtroom-technology.

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Renée Marie Bumb, U.S.D.J.
September 14, 2023
Page 2

- Up to 4 of each of the following: (1) Power strips; (2) extension cables; and (3) HDMI cables
- 1 color printer (for Corcept's breakout room)
- 1 color printer (for Teva's breakout room)

  If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.  The Order will be provided to the Marshalls upon arrival at the Courthouse to streamline security measures.  Thank you for Your Honor's kind attention to this matter.

                Respectfully yours,

                *William C. Baton*

                William C. Baton

cc: All counsel of record (via e-mail)

SO ORDERED.

_____
Hon. Renée Marie Bumb, U.S.D.J.