UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

CHIEF JUDGE RENEE M. BUMB

COURT REPORTER: JOHN J. KURZ

DATE OF PROCEEDINGS

September 26, 2023

Docket # 18-cv-03632(RMB/LDW)

TITLE OF CASE:

CORCEPTS THERAPEUTICS, INC.

       Plaintiff(s)

    v.

TEVA PHARMACEUTICALS USA, INC.
       Defendant(s)

APPEARANCES:
William C. Baton, Esquire, Dominic Cerrito, Esquire, Eric Stops, Esquire, Evangeline Shih, Esquire, Nicholas LoCastro, Esquire, Daniel Weisner, Esquire and John Galanek, Esquire for plaintiff
Liza M. Walsh, Esquire, Christine Intromasso Gannon, Esquire, Uma Everett, Esquire, JC Rosendaal, Esquire, Lauren Ruth Malakoff, Esquire, Will Milliken, Esquire, Anna Phillips, Esquire, Brady Gleason, Esquire for defendants

NATURE OF PROCEEDINGS:   BENCH TRIAL
Trial without jury moved before the Honorable Renée Marie Bumb.
Dominic Cerrito, Esquire opens for plaintiff.
JC Rosendaal, Esquire opens for defendant.
Video Deposition testimony of Adrian Dobs, M.D. for plaintiff viewed by the Court.
Video Deposition testimony of Gregg DeRosa for plaintiff viewed by the Court.
Video Deposition testimony of Craig Jones for plaintiff viewed by the Court.
Video Deposition testimony of Nicholas Sean Maduck for defendant viewed by the Court.
Video Deposition testimony of Andreas Moraitis, M.D. for defendant viewed by the Court.
Trial without jury adjourned until Wednesday, September 27, 2023 at 8:30a.m.

Time commenced: 10:00a.m.

Time Adjourned: 12:30pm

Total 2 Hours and 30 Minutes

s/ *Arthur Roney*
DEPUTY CLERK