

**WALSH**
PIZZI
O'REILLY
FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 18, 2023

**VIA ECF**
Honorable Renee Marie Bumb, Chief Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> Re:  *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*
>      Civil Action No.: 18-3632 (consolidated) (RMB) (LDW)

Dear Chief Judge Bumb:

This firm, together with Sterne, Kessler, Goldstein & Fox, P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), in the above-referenced action. Pursuant to the Court's Order during trial (*see* Tr. 371:18-372:4), enclosed please find a thumbdrive containing an electronic copy of redacted DTX-034, as well as a paper copy of same.  Plaintiff has reviewed and consented to the exhibit as redacted prior to this submission.

We thank the Court for its ongoing attention in this matter and are available should the Court have any questions or need anything further.

Respectfully submitted,

*/s/ Liza M. Walsh*

Liza M. Walsh

Encl.
cc:   All Counsel of Record (via ECF and Email)