

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 27, 2023

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*
Civil Action No.: 1:18-cv-3632 (RMB)(LDW)

Dear Judge Wettre:

    This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in connection with the above-referenced matter.

    We write to respectfully request that the Court unseal Teva's Post-Trial Brief (D.E. 288). The brief was filed under seal out of an abundance of caution because it was believed that it may contain confidential information. However, we have since confirmed that the brief does not contain any confidential information and may be filed publicly.

    Accordingly, we respectfully request that Your Honor sign the below form of endorsement requesting that the Clerk unseal D.E. 288. Thank you for Your Honor's continued attention to and assistance in this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF and E-mail)

SO ORDERED this  30th  day of October, 2023

*Leda Dunn Wettre*
_____
Hon. Leda Dunn Wettre, U.S.M.J.