IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | Civil Action No. 18-03632 (RMB) (LDW) (consolidated)<br><br>ORDER |

**THIS MATTER** having proceeded to a three-day bench trial in this "Hatch-Waxman Act" case for patent infringement pursuant to 35 U.S.C. § 271(b) and 271(e)(2)(A); and Corcept Therapeutics, Inc. ("**Corcept**"), having failed to meet its burden of proof that Teva Pharmaceuticals USA, Inc. ("**Teva**"), will induce infringement of certain claims recited in United States Patent No. 10,195,214 ("**the '214 Patent**") and United States Patent No. 10,842,800 ("**the '800 Patent**") given the submission of Teva's Abbreviated New Drug Application ("**ANDA**") No. 211436 to the United States Food and Drug Administration for commercial approval of Teva's generic version of Korlym® (mifepristone); and for the reasons set forth in the Opinion of today's date; and for good cause appearing,

**IT IS**, on this **29th** day of **December 2023**, hereby:

1.     **ORDERED** that judgment is entered in Teva's favor as to Corcept's § 271(b) claim for inducement of patent infringement; and it is further

2. **ORDERED** that Teva's ANDA No. 211436 does not infringe the '214 Patent or the '800 Patent; and it is finally

3. **ORDERED** that Teva has not infringed, and that Teva's making, using, offering to sell, selling, or importing Teva's generic mifepristone product will not infringe, claims 10–13 of the '214 Patent or claims 1, 6, 7, and 9 of the '800 Patent.

<u>s/Renée Marie Bumb</u>
Renée Marie Bumb
Chief United States District Judge