Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey  07102-5426
(973) 286-6700

*Attorneys for Plaintiff*
*Corcept Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CORCEPT THERAPEUTICS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TEVA PHARMACEUTICALS USA, INC.,**<br><br>**Defendant.** | Civil Action No. 18-3632 (RMB)(LDW)<br><br>Hon. Renèe Marie Bumb, U.S.D.J.<br>Hon. Leda Dunn Wettre, U.S.M.J.<br><br>**NOTICE OF APPEAL**<br><br>**(Filed Electronically)** |

Notice is given that Plaintiff Corcept Therapeutics, Inc. in the above-captioned case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on December 29, 2023 (D.I. 302), and from each and every part thereof.

Dated: January 8, 2024

OF COUNSEL

F. Dominic Cerrito (*pro hac vice*)
Eric C. Stops (*pro hac vice*)
Evangeline Shih (*pro hac vice*)
Daniel C. Wiesner (*pro hac vice*)
John P. Galanek (*pro hac vice*)
Nicholas A. LoCastro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

Respectfully submitted,

s/ William C. Baton
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey  07102-5426
(973) 286-6700

*Attorneys for Plaintiff*
*Corcept Therapeutics, Inc.*