

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

January 7, 2024

**VIA ECF**
Honorable Renee Marie Bumb, Chief Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    ***Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.***
                **Civil Action No.: 18-3632 (consolidated) (RMB) (LDW)**

Dear Judge Bumb:

    This firm, together with Sterne, Kessler, Goldstein & Fox, P.L.L.C., represents Teva Pharmaceuticals USA, Inc. ("Teva"), in the above-referenced action. We write on behalf of all parties to respectfully request that the deadline to file any motion for attorneys' fees, including as an exceptional case pursuant to 35 U.S.C. § 285, be stayed pending Plaintiff Corcept Therapeutic's anticipated appeal of this Court's December 29, 2023 Opinion and Order entering judgment in Teva's favor. The parties met and conferred and agree, subject to the Court's approval, to toll the deadline for Teva's motion until thirty (30) days after Corcept's appeal is concluded and the Federal Circuit issues its mandate.

    The parties appreciate the Court's consideration of this submission. Should this request be acceptable to Your Honor, we respectfully ask that this letter be "So Ordered" and entered on the docket. If Your Honor prefers a stipulated order be submitted the parties will submit one for the Court's consideration. As always, we are available should Your Honor or Your Honor's staff have any questions or need anything further.

Respectfully submitted,

/s/ Liza M. Walsh

Liza M. Walsh

*[Handwritten note: The parties shall file a proposed stipulation]*

cc:    All Counsel of Record (via ECF and Email)

SO ORDERED this 9th day of January, 2024

*[Signature]*
Honorable Renee Marie Bumb, Chief Judge