

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

January 9, 2024

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: ***Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.***
     <ins>**Civil Action No.: 1:18-cv-3632 (RMB)(LDW)**</ins>

Dear Judge Wettre:

   This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in connection with the above-referenced matter. We write to respectfully request a one-week extension of time, up to and including January 16, 2024, for Teva to submit a motion to seal certain trial exhibits. The motion to seal is due today (*see* ECF No. 300), but Teva requests additional time to finalize the papers. Corcept consents to this request.

   If this meets with Your Honor's approval, we respectfully request that Your Honor sign and enter the below form of endorsement. Thank you for Your Honor's kind attention to this matter.

          Respectfully submitted,

          *s/ Liza M. Walsh*

          Liza M. Walsh

cc:  All Counsel of Record (via ECF and E-mail)

SO ORDERED this ___ day of January, 2024

_____
Hon. Leda Dunn Wettre, U.S.M.J.