

**WALSH**
PIZZI
O'REILLY
FALANGA

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

January 11, 2024

**VIA ECF**
Honorable Renee Marie Bumb, Chief Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*
**Civil Action No.: 18-3632 (consolidated) (RMB) (LDW)**

Dear Judge Bumb:

This firm, together with Sterne, Kessler, Goldstein & Fox, P.L.L.C., represents Teva Pharmaceuticals USA, Inc. ("Teva"), in the above-referenced action. Pursuant to the Court's Order (D.E. 305), enclosed for the Court's consideration is a Stipulation and Proposed Order.

If the Stipulation and Proposed Order meets with Your Honor's approval, we respectfully request that Your Honor execute and have it entered on the docket.

We thank the Court for its consideration of the attached and are available should Your Honor or your staff have any questions or need anything further.

Respectfully submitted,

*/s/ Liza M. Walsh*

Liza M. Walsh

Encl.
cc:  All Counsel of Record (via ECF and Email)