IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 18-cv-3632 (RMB)(LDW) (Consolidated) <br><br> **STIPULATION AND ORDER** <br><br> *Filed Electronically* |

**WHEREAS** on December 29, 2023, the Court issued an Opinion and Order entering judgment in Defendant Teva Pharmaceuticals USA, Inc.'s ("Teva") favor (Dkt. Nos. 301-02);

**WHEREAS** on January 8, 2024, Plaintiff Corcept Therapeutics, Inc. ("Corcept") filed a Notice of Appeal to Federal Circuit as to this Court's December 29, 2023 Opinion and Order (Dkt. No. 304);

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Corcept and Teva and subject to the approval of the Court that:

1. The deadline for any party to file any motion for attorneys' fees and costs, including as an exceptional case pursuant to 35 U.S.C. § 285, is stayed pending resolution of Corcept's appeal to the Federal Circuit; and

2. The deadline is tolled for any motion for attorneys' fees and costs until thirty (30) days after Corcept's appeal is concluded and the Federal Circuit issues its mandate.

Dated: January 11, 2024

By: *s/Liza M. Walsh*
Liza M. Walsh
Christine I. Gannon
Jessica K. Formichella
Lauren R. Malakoff

By: *s/William C. Baton*
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo

| | |
|---|---|
| WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1100 | SAUL EWING LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, New Jersey 07102-5426<br>(973) 286-6700 |
| Of Counsel (admitted *pro hac vice*):<br>J.C. Rozendaal<br>Uma N. Everett<br>William H. Milliken<br>Anna Phillips<br>Brady P. Gleason<br>Brooke McLain<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 371-2600 | Of Counsel:<br>F. Dominic Cerrito (*pro hac vice*)<br>Eric C. Stops (*pro hac vice*)<br>Evangeline Shih (*pro hac vice*)<br>Daniel C. Wiesner (*pro hac vice*)<br>John P. Galanek (*pro hac vice*)<br>Nicholas A. LoCastro<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 |
| *Counsel for Defendant*<br>*Teva Pharmaceuticals USA, Inc.* | *Attorneys for Plaintiff*<br>*Corcept Therapeutics, Inc.* |

SO ORDERED, this 11th day of January, 2024.

_____
Honorable Renée Marie Bumb, Chief Judge

2