| | |
|---|---|
| Liza M. Walsh <br> Christine I. Gannon <br> Jessica K. Formichella <br> Lauren R. Malakoff <br> WALSH PIZZI O'REILLY FALANGA LLP <br> Three Gateway Center <br> 100 Mulberry Street, 15th Floor <br> Newark, New Jersey 07102 <br> (973) 757-1100 | *Of Counsel* (admitted *pro hac vice*): <br> J.C. Rozendaal <br> Uma N. Everett <br> William H. Milliken <br> Anna G. Phillips <br> Brady P. Gleason <br> Brooke N. McLain <br> STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C <br> 1101 K Street NW, 10th Floor <br> Washington, DC 20005 <br> (202) 371-2600 |

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-3632 (RMB)(LDW) (Consolidated) <br><br> **STATEMENT IN LIEU OF BRIEF PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)** <br><br> *Filed Electronically* |

Pursuant to Local Civil Rule 7.1(d)(4), no brief in support of the motion brought by Teva Pharmaceuticals USA, Inc., for the entry of an Order to Seal is necessary because the factual and legal basis for the relief sought herein are set forth in the Proposed Findings of Fact and Conclusions of Law, and in the Declaration of Liza M. Walsh with Exhibit 1 annexed thereto.

Dated: January 16, 2024

*s/ Liza M. Walsh*
Liza M. Walsh
Christine I. Gannon
Jessica K. Formichella
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Of Counsel* (admitted *pro hac vice*):
J.C. Rozendaal
Uma N. Everett
William H. Milliken
Anna G. Phillips
Brady P. Gleason
Brooke N. McLain
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

2